*In re* ESTATE OF RICHARD J. FENCL, SR.—(PHILIP C. CORRADO, JR., EX'R, Appellee, *v.* RAYMOND A. FENCL, Appellant.)

(No. 73-439; ▮▮▮▮▮▮▮▮▮▮▮)

Second District—July 22, 1974.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Thomas J. Pierce, of Chicago, for appellant.

Edward Atlas and Malato, Stein & Grossman, both of Chicago, for appellee.